

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

The Housing Authority of the City of El Paso, Texas,

§       No. 08-16-00043-CV

§       Appeal from the

Appellant,

§       41st District Court

v.

§       of El Paso County, Texas

Beltran Electrical Contractors, Inc.,

§       (TC# 2011-DCV07029)

Appellee.

§

# O R D E R

The Court GRANTS Leticia Perez's third request for an extension of time within which to file the Reporter's Record until **August 10, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Leticia Perez, Official Court Reporter for the 41st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before August 10, 2016.

IT IS SO ORDERED this 8th day of July, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.